IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DAVID SYKES,

      Petitioner,

v.                          CASE NO.  4:04cv511-RH/WCS

JAMES McDONOUGH,

      Respondent.

_____/

## ORDER DENYING PETITION

This matter is before the court on the magistrate judge's report and recommendation (document 14), to which no objections have been filed.  Upon consideration,

      IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the opinion of the court.  The petition challenging petitioner's conviction for armed robbery with a deadly weapon, kidnaping, possession of a firearm by a convicted felon, and grand theft of a firearm in the Circuit Court, Second Judicial Circuit, Leon County, Florida, case number 2002CF3280A1, is DENIED with prejudice.  The clerk shall

*Page 2 of 2*

enter judgment and close the file.

      SO ORDERED this 27th day of June, 2006.

                                    s/Robert L. Hinkle
                                    Chief United States District Judge